UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-10657-RG |
| **Pareja, Raul** | Chapter: 7 |
| | Judge: Rosemary Gambardella |
| **Debtor(s).** | |

### NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the Court<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on March 20, 2018 at 10:00 a.m. at the United States Bankruptcy Court in Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

26 Highland Avenue, Garfield NJ 07026
$250,000.00

**Liens on property**:

$500,898.00

**Amount of equity claimed as exempt:**

$0.00

Objections must be served on, and requests for additional information directed to:

Donald V. Biase, Chapter 7 Trustee
110 Allen Road
Suite 304
Basking Ridge, NJ 07920

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-10657-RG
Raul Pareja                                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1              Date Rcvd: Feb 13, 2018
                              Form ID: pdf905            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db             +Raul Pareja,    26 Highland Ave.,    Garfield, NJ 07026-1020
cr             +CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWes,    PO Box 9013,    Addison, TX 75001-9013
517274401      +Cit Bank Na,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
517274402      +Citibank SD, NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
517274403      +Executive Credit Manag,    4 Waterloo Rd,    Stanhope, NJ 07874-2653
517274406      +Verizon,    Po Box 650584,    Dallas, TX 75265-0584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 13 2018 23:15:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 13 2018 23:15:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517274404       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2018 23:40:34     Portfolio Rc,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502
517277334      +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2018 23:18:43     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517274405       E-mail/Text: bknotices@totalcardinc.com Feb 13 2018 23:15:35     Total Card, Inc.,
                 PO Box 89725,    Sioux Falls, SD 57109-9725
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Raul  Pareja cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,    dbiase@iq7technology.com;dbiase4236@gmail.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6