**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Raul Pareja | Social Security number or ITIN   xxx–xx–5623 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–10657–RG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raul Pareja

4/13/18                                                       **By the court:** <u>Rosemary Gambardella</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Raul Pareja
      Debtor

Case No. 18-10657-RG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 13, 2018
                        Form ID: 318      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
```
db          +Raul Pareja,    26 Highland Ave.,    Garfield, NJ 07026-1020
cr          +CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWes,    PO Box 9013,    Addison, TX 75001-9013
517274401   +Cit Bank Na,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
517274403   +Executive Credit Manag,    4 Waterloo Rd,    Stanhope, NJ 07874-2653
517274406   +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 23:17:11     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 23:17:07      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517274402   +EDI: CITICORP.COM Apr 14 2018 02:53:00      Citibank SD, NA,    PO Box 6500,
               Sioux Falls, SD 57117-6500
517274404    EDI: PRA.COM Apr 14 2018 02:53:00      Portfolio Rc,    120 Corporate Blvd Ste 100,
               Norfolk, VA 23502
517277334   +EDI: RMSC.COM Apr 14 2018 02:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517274405    EDI: TCISOLUTIONS.COM Apr 14 2018 02:53:00      Total Card, Inc.,    PO Box 89725,
               Sioux Falls, SD 57109-9725
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
```
            Christopher J. Balala    on behalf of Debtor Raul  Pareja cbalala@scurameraley.com,
             ecfbkfilings@scurameraley.com;dsklar@scurameraley.com;ascolavino@scurameraley.com;dmedina@scura.com
            David E. Sklar    on behalf of Debtor Raul  Pareja dsklar@scurameraley.com,
             ecfbkfilings@scurameraley.com;cbalala@scurameraley.com;ascolavino@scurameraley.com;dmedina@scura.com
            Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
             Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Donald V. Biase    dbiase4236@gmail.com,
             dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
            Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
             dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
            Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
             Bank, FSB rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```