Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−10657−RG
        Chapter: 7
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raul Pareja
   26 Highland Ave.
   Garfield, NJ 07026

Social Security No.:
   xxx−xx−5623

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/26/18 at 10:00 AM

to consider and act upon the following:

*26* − Application for Extension of Loss Mitigation Period. Filed by David L. Stevens on behalf of Raul Pareja. Objection deadline is 4/30/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Stevens, David)

*27* − Application for Early Termination of Loss Mitigation Period. Filed by Brian E Caine on behalf of CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB. Objection deadline is 5/17/2018. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Caine, Brian)

Dated: 6/6/18

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court