| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Law Offices<br>PARKER McCAY P.A.<br>BRIAN E. CAINE<br>9000 Midlantic Drive, Suite 300<br>P.O. Box 5054<br>Mount Laurel, New Jersey 08054<br>(856) 810-5815<br>Attorneys for CIT Bank, N.A., its successors and/or assigns |

**FILED**
JEANNE A. NAUGHTON, CLERK
JUL 19 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

Raul Pareja

CASE NO. 18-10657-RG

Chapter: 7

Judge: Gambardella

## ORDER GRANTING EARLY TERMINATION OF LOSS MITIGATION

The relief set forth on the following page is hereby **ORDERED**.

7-19-18    USBJ

**(Page 2)**
Debtors: Raul Pareja
Case No: 18-10657-RG
Caption of Order: Order Granting Early Termination of Loss Mitigation

Upon the motion of CIT Bank, N.A., its successors and/or assigns (hereinafter "Movant") application for an order, and for cause shown, it is hereby;

**ORDERED** that the Movant's Request for Early Termination of Loss Mitigation Period is granted, and the loss mitigation period is terminated effective April 29, 2018.

CIT Bank, N.A., shall serve a copy of the executed Order on all interested parties who have not yet been served electronically by the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-10657-RG
Raul Pareja                                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1            Date Rcvd: Jul 19, 2018
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.
db              +Raul Pareja,   26 Highland Ave.,   Garfield, NJ 07026-1020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank,
               FSB bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              David E. Sklar    on behalf of Debtor Raul  Pareja dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
              David L. Stevens    on behalf of Debtor Raul  Pareja dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
               ey.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8